UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS

|  |  |  |
|---|---|---|
| IN RE: | §<br>§<br>§ | Chapter 7 |
| THOMAS DEAN HUDGENS and<br>  LORENA HUDGENS | §<br>§<br>§ | Case No. 25-51306 |
| Debtors | §<br>§ |  |

NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICES AND OTHER DOCUMENTS

COMES NOW Matthews, Shiels, Knott, Eden, Davis & Beanland, L.L.P. and hereby enters its

appearance as counsel for creditor Elliott Electric Supply, Inc. and respectfully requests, pursuant to

Fed.R.Bankr.P. 2002 and 9010(b), that all notices which Elliott Electric Supply, Inc. is entitled to receive

as creditor, and all other documents filed by the Debtor or its attorney, by the Trustee, and by all other

parties in interest in the proceedings, be addressed and promptly delivered via email to Misti L.

Beanland: beanland@mssatttrneys.com and Christen C. Paquin: cpaquin@mssattorneys.com.

Respectfully submitted,

By: */s/ Christen C. Paquin*
Misti L. Beanland
State Bar No. 00798057
Christen C. Paquin
State Bar No. 24040640
MATTHEWS, SHIELS, KNOTT,
EDEN, DAVIS & BEANLAND L.L.P.
8131 LBJ Freeway, Suite 700
Dallas, Texas 75251
(972) 234-3400 Telephone
(972) 234-1750 Telecopier
beanland@mssattorneys.com
cpaquin@mssattorneys.com

Attorneys for Elliott Electric Supply, Inc.

CERTIFICATE OF SERVICE

I hereby certify that, pursuant to the Federal Rules of Bankruptcy Procedure, on June 23, 2025,  this

document was served on all counsel of record and all parties requesting to receive notice via the Court's

Electronic Case Filing System.


                                         */s/ Christen C. Paquin*
                                         Christen C. Paquin